# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1337

_____

ROBERT STEPHEN WALKER III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, III, Judge.

October 24, 2018


PER CURIAM.

AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Stephen Walker III, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.